1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division                                    SEP 2 8 7007

4  S. WAQAR HASIB (CABN 234818)                        CLERK, U.S. DISTRICT COURT
   Assistant U.S. Attorney                          NORTHERN DISTRICT OF CALIFORNIA
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )    CRIMINAL NO. 3:07-70583 NJV
13                                   )
              V.                     )
14                                   )    NOTICE OF PROCEEDINGS ON
              v.                     )    OUT-OF-DISTRICT CRIMINAL
15                                   )    CHARGES PURSUANT TO RULES
   JAMES E. JOHNSTON                 )    5(c)(2) AND (3) OF THE FEDERAL RULES
16                                   )    OF CRIMINAL PROCEDURE
                                     )
17
         Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
18
   Procedure that on September 27, 2007, the above-named defendant was arrested based upon an
19
   arrest warrant (copy attached) issued upon a no-bail arrest warrant (copy attached), issued upon
20
   an indictment (copy attached) pending in the Eastern District of California, case number 07-CR-
21
   00425-FCD. In that case, the defendant is charged with possessing visual depictions of minors
22
   engaged in sexually explicit conduct, which were produced using materials that were mailed,
23
   shipped, and transported in interstate commerce, in violation of 18 U.S.C. § 2252(a)(4)(B).
24
                                          Respectfully Submitted,
25                                        SCOTT N. SCHOOLS
                                          United States Attorney
26
   Date: 9/28/07
27                                        S. WAQAR HASIB
                                          Assistant United States Attorney
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**JAMES E JOHNSTON −,**

## WARRANT FOR ARREST

Case Number: **2:07−CR−00425−FCD**

To: The United States Marshal
　　and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest　　**James E Johnston −,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment　　☐ Information　　☐ Violation Petition　　☐ Other _____

charging him or her with (brief description of offense)

**POSSESSION OF ONE OR MORE MATTERS CONTAINING DEPICTIONS OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT**

in violation of Title **18**　　　　　United States Code, Section(s)　**2252**

| J. Anderson | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | **9/21/07**　　　　**Sacramento** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at　**$NO BAIL**　　　　　　　by　　**Judge Gregory G. Hollows**

---

## RETURN

This warrant was received and executed with the arrest of the above−named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

1 | McGREGOR W. SCOTT
United States Attorney



**FILED**

SEP 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2 | HEIKO P. COPPOLA
Assistant U.S. Attorney
3 | United States Attorney's Office
501 I Street, Suite 10-100
4 | Sacramento, California  95814
Telephone: (916) 554-2770

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          ) CR.  2:07-a-0425 FM

12 |                     Plaintiff,    ) VIOLATIONS:  18 U.S.C.
                                       ) § 2252(a)(4)(B) - Possession of
13 |                                   ) One or More Matters Containing
          v.                           ) Depictions of Minors Engaged
14 |                                   ) in Sexually Explicit Conduct;
                                       ) 18 U.S.C. § 2253 - Forfeiture
15 | JAMES E. JOHNSTON,                )
                                       )
16 |                     Defendant.    )
17 | _____  )

18 |                    I N D I C T M E N T

19 | <u>COUNT ONE</u>:    [18 U.S.C. § 2252(a)(4)(B) - Possession of One or More
                        Matters Containing Depictions of Minors Engaged in
20 |                     Sexually Explicit Conduct]

21 |      The Grand Jury charges:  T H A T

22 |                     JAMES E. JOHNSTON,

23 | defendant herein, between in or about October 2005, and on or about

24 | September 6, 2006, in the County of Sacramento, State and Eastern

25 | District of California, did knowingly possess one or more matters,

26 | to wit, one Seagate 160-gigabyte hard drive, serial number 5MT0A313

27 | removed from a Dell Dimension 8400 desk top computer, serial number

28 | DSZLR61, which contained visual depictions of minors engaged in

1

1   sexually explicit conduct, which were produced using materials which
2   had been mailed, shipped, and transported in interstate and foreign
3   commerce, and which visual depictions were transported and shipped
4   in interstate and foreign commerce, by any means including by
5   computer, and the production of which visual depictions involved the
6   use of minors engaged in sexually explicit conduct as defined in
7   Title 18, United States Code, Section 2256(2), all in violation of
8   Title 18, United States Code, Section 2252(a)(4)(B).
9   FORFEITURE ALLEGATION:    [18 U.S.C. § 2253 - Criminal Forfeiture]
10          The Grand Jury further charges:  T H A T
11                         JAMES E. JOHNSTON,
12  defendant herein, upon conviction for violating 18 U.S.C. §
13  2252(a)(4)(B), as alleged in Count One above, shall forfeit to the
14  United States his interest in any and all matter which contains
15  visual depictions produced, transported, shipped or received in
16  violation thereof; any property constituting or traceable to gross
17  profits or other proceeds the defendant obtained directly or
18  indirectly as a result of the said violations; and any and all
19  property used or intended to be used in any manner or part to commit
20  and to promote the commission of the aforementioned violations,
21  including but not limited to the following:
22          (1)   One Dell Dimension 8400 desk top computer, serial
                  number DSZLR61; and
23
        (2)   One Seagate 160-gigabyte hard drive, serial number
24                5MT0A313 removed from a Dell Dimension 8400 desk top
                  computer.
25  ///
26  ///
27  ///
28  ///

                            2

1    All in violation of Title 18, United States Code, Section 2253.

2

3                                    A TRUE BILL.

4                            

5

6                                    FOREPERSON

7    McGREGOR W. SCOTT
     United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JAMES E. JOHNSTON     2: 0 7 - CR - 0 4 2 5 RD

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2253 - Forfeiture

*A true bill,*

/ S /

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ **NO BAIL WARRANT**

_ _ _ _ _ _ _ _ _ GREGORY G. HOLLOWS _ _ _ _ _ _ _ _

GPO 863 525

PENALTY SLIP
(INDICTMENT)

**DEFENDANT:**       **JAMES E. JOHNSTON**

COUNT ONE:
VIOLATION:        18 U.S.C. § 2252(a)(4)(B) - Possession of One or
                  More Matters Containing Depictions of Minors
                  Engaged in Sexually Explicit Conduct

PENALTY:          Not More Than 10 years imprisonment
                  Not More Than $250,000 fine, or both;
                  Supervised release for any term of years or life.

ASSESSMENT:       Mandatory $100 special assessment.

FORFEITURE ALLEGATION:
VIOLATION:        18 U.S.C. § 2253 - Criminal Forfeiture

PENALTY:          As indicated in the Indictment.


07 - CR - 0 4 2 5 FCD