1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6844
7      Fax: (415) 436-6982
       Email: waqar.hasib@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13
   UNITED STATE OF AMERICA    )   Crim. No. 07-70583
14                                    )
                                      )
15 V.                                )   **NOTICE OF APPEARANCE**
                                      )
16 JAMES E. JOHNSTON,          )
       Defendant                 )
17 _____)

18     Please enter and add the appearance of Assistant United States Attorney S. Waqar Hasib

19 for the United States of America in the above-captioned matter.

20

21 DATED: October 4, 2007                Respectfully submitted,
                                                          SCOTT N. SCHOOLS
22                                                        United States Attorney

23                                    By:   /s/ S. Waqar Hasib
                                             S. WAQAR HASIB
24                                           Assistant United States Attorney

25

26

27

28