AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

FILED
2007 OCT -5  PM 2:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| James E. Johnston | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Eastern District of California | 3-07-70583 NJV | 2-07-CR-00425-FCD |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  x  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    18    **U.S.C. §**  2252(a)(4)(B)

**DISTRICT OF OFFENSE**
Eastern District of California

**DESCRIPTION OF CHARGES:**

POSSESSION OF ONE OR MORE MATTERS CONTAINING DEPICTIONS OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

**CURRENT BOND STATUS:**

☐ Bail fixed at                       and conditions were not met
x Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: | |

### NORTHERN DISTRICT OF CALIFORNIA

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant. **Defendant shall be brought to appear before the Duty Magistrate Judge in the Eastern District of California on 10/26/07.**

10/5/07
_____          _____
Date                                                  United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: AUSA, PD, PTS, Marshal